## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IBRAHIM AHMED MAHMOUD AL-QOSI, )
)
Petitioner, )
)
v. )
)
)
BARACK OBAMA, *et al.*, )
)
Respondents. )

**FILED**

NOV 1 0 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civ. No. 04-1937(PLF)

## [PROPOSED] ORDER

Upon consideration of the Joint Status Report submitted by the Parties, it is hereby:

ORDERED that the Parties shall file a joint status report by December 7, 2009.

ORDERED that the Parties shall file a proposed merits briefing schedule by January 15, 2010.

SO ORDERED.

Date: 11/10/09

HON. PAUL L. FRIEDMAN
United States District Judge